MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

UNITED STATES OF AMERICA

v.

MILLER, Traemone Khalil                                    Crim. No.:  20CR20440-01

On 12/20/2021, the Court authorized the issuance of a supervised release summons based upon a violation petition citing a violation of supervision.  The issues of the violation were heard in Court on 03/03/2022, and the Court made the following findings:

  x    Guilty of violating conditions of supervision.  The following special conditions of supervision are added.

"THE DEFENDANT WILL BE MONITORED BY THE GLOBAL POSITIONING SATELLITE (GPS) COMPONENT OF LOCATION MONITORING TECHNOLOGY FOR A PERIOD OF 167 CONSECUTIVE DAYS, AND YOU MUST FOLLOW THE RULES AND REGULATIONS OF THE LOCATION MONITORING PROGRAM."

"YOU MUST NOT COMMUNICATE, OR OTHERWISE INTERACT, WITH MICAH CALLICOAT, EITHER DIRECTLY OR THROUGH SOMEONE ELSE, WITHOUT FIRST OBTAINING THE PERMISSION OF THE PROBATION OFFICER."

Respectfully submitted,

s/ Marquez F. Harris
Marquez F. Harris
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 3rd Day of March, 2022.

/s/Terrence G. Berg
Honorable Terrence G. Berg